IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**ADELE B., o.b.o. J.M.B.,**

    **Plaintiff,**

v.                                                             Civil Action No. 3:21cv673

**KILOLO KIJAKAZI,**
*Acting Commissioner of Social Security*,

    **Defendant.**

## FINAL ORDER

This matter comes before the Court on the July 18, 2022 Report and Recommendation (the "R&R") issued by the Honorable Mark R. Colombell, United States Magistrate Judge. (ECF No. 16.) The R&R recommends that Plaintiff's Motion for Summary Judgment, (ECF No. 13), be denied; Defendant's Motion for Summary Judgment, (ECF No. 15), be granted; and the final decision of the Commissioner be affirmed. No objections to the R&R have been filed and the time to do so has expired.

Finding no error, the Court:

(1) ADOPTS the findings and recommendations as set forth in the R&R, (ECF No. 16);

(2) DENIES Plaintiff's Motion for Summary Judgment, (ECF No. 13);

(3) GRANTS Defendant's Motion for Summary Judgment, (ECF No. 15);

(4) The Final decision of the Commissioner is AFFIRMED; and

(5) DIRECTS the Clerk to CLOSE this case.

Let the Clerk of the Court send a copy of this Order to all counsel of record.

It is so ORDERED.

                                                                     /s/
                                                      M. Hannah Lauck
                                                      United States District Judge

Date: 8-2-2022
Richmond, Virginia
                                                      M. Hannah Lauck
                                                      United States District Judge